AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

<table>
<tr><td>Angel Aceves, et al.</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td rowspan="3">Civil Action No.</td></tr>
<tr><td><i>Plaintiff(s)</i><br>v.<br><br>The 3M Company, f/k/a Minnesota Mining<br>and Manufacturing Co., et al.</td></tr>
<tr><td><i>Defendant(s)</i></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The 3M Company, f/k/a Minnesota Mining and Manufacturing Co.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, New Castle, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Randi Kassan, Esq.
Milberg Coleman Bryson Phillips Grossman, LLC
100 Garden City Plaza, Suite 408
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

SUMMONS ADDENDUM

2.  AGC CHEMICALS AMERICAS INC.
    c/o The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street, Wilmington, DE 19801

3.  AMEREX CORPORATION
    c/o James M. Proctor II
    2900 Highway 280, Suite 300
    Birmingham, AL 35223

4.  ARCHROMA U.S. INC.
    c/o The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street, Wilmington, DE 19801

5.  ARKEMA INC.
    900 First Avenue
    King of Prussia, PA 19406

6.  BASF CORPORATION, individually, and as successor in interest to Sandoz Chemical
    Corporation
    100 Park Avenue
    Florham Park, NJ 07932

7.  BUCKEYE FIRE EQUIPMENT COMPANY
    c/o A Haon Corporate Agent, Inc.
    29225 Chagrin Blvd, Suite 350
    Pepper Pike, OH 44122

8.  CHEMDESIGN PRODUCTS INC.
    c/o Corporation Service Company
    251 Little Falls Drive
    Wilmington, New Castle, DE, 19808

9.  CHEMGUARD INC.
    c/o The Prentice-Hall Corporation System, Inc.
    251 Little Falls Drive
    Wilmington, New Castle, DE, 19808

10. CHEMICALS, INC.
    c/o Ashok K. Moza

12321 Hatcherville
Baytown, TX 77520

11. CLARIANT CORPORATION, individually and as successor in interest to Sandoz
Chemical Corporation
c/o Corporation Service Company
8040 Excelsior Drive, Suite 400
Madison, WI 53717

12. CORTEVA, INC., individually and as successor in interest to DuPont Chemical
Solutions Enterprise
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

13. DEEPWATER CHEMICALS, INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

14. DUPONT DE NEMOURS INC., individually and as successor in interest to DuPont
Chemical Solutions Enterprise
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

15. DYNAX CORPORATION
c/o Corporate Systems LLC
3500 S. Dupont Highway
Dover, DE 19901

16. E.I. DU PONT DE NEMOURS AND COMPANY, individually and as successor in interest
to DuPont Chemical Solutions Enterprise
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street, Wilmington, DE 19801

17. NATION FORD CHEMICAL COMPANY
c/o John A. Dickson, IV
2300 Bank Street
Fort Mill, SC 29715

18. NATIONAL FOAM, INC.
    141 Junny Road
    Angier, North Carolina 27501

19. THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise
    c/o The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE 19801

20. THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise
    c/o The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE 19801

21. TYCO FIRE PRODUCTS, LP, individually and as successor in interest to The Ansul Company
    c/o The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE 19801

22. DOE DEFENDANTS 1-20, fictitious names whose present identities are unknown